UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In Re the Petition of Gan Nguyen  　　　　　　　Case No. 05-MC-61 JRT/FLN

**O R D E R**

---

HOANG K. TRAN, Esq., **NGUYEN TRAN LAW OFFICE**, 121 South 8th Street, Suite 850, Minneapolis, Minnesota 55402, for petitioner.

ROBYN A. MILLENACKER, **ASSISTANT UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 30, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's petition [Docket No. 1] is **DENIED** and the case is **DISMISSED** without prejudice.

DATED: October 3, 2006
at Minneapolis, Minnesota.　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge